W. T. Kinder, appellee, v. Denoyer-Geppert Company, appellant. Gen. No. 38,359.

Opinion filed February 3, 1936. Rehearing denied February 17, 1936.

Arthur Chittick and John A. Niemeyer, for appellant. Hopkins, Sutter, Halls & DeWolfe, for appellee; Donald J. DeWolfe and Stephen M. Reynolds, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Antonelle Mroz, appellee, v. William P. Martin et al., defendants, on appeal of Daniel D. Craft et al., appellants. Gen. No. 38,472.

Opinion filed February 3, 1936.

William Rifkind, for appellants. Jacob Levy, for appellee; Edward McTiernan, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Thomas G. McGay, appellee, v. The Equitable Life Assurance Society of the United States, appellant. Gen. No. 38,088.

Opinion filed February 11, 1936.

Mayer, Meyer, Austrian & Platt, for appellant; Frederic Burnham, Frank D. Mayer and Richard Grossman, of counsel. Frederick A. Brown and Ernest S. Gail, for appellee; G. Gale Roberson and David A. Canel, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.